UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE SELBEE, Individually
and as Next Friend of Z.S., a minor,*

       Plaintiff,                      Case No.  1:11cv330

v.                                            Hon. Robert J. Jonker

COUNTY OF KALAMAZOO;
DEPUTY LARRY CZARNOWSKI;
and DEPUTY NICHOLAS MIHALEK,

       Defendants.
_____/

## ORDER SETTING MOTION TO APPROVE SETTLEMENT

and

## DISTRIBUTE SETTLEMENT PROCEEDS

This matter is scheduled for a hearing on Plaintiff's Motion to Approve Settlement and Distribute Settlement Proceeds for Z.S*, a minor, on **December 21, 2012 at 10:00 a.m.**

**IT IS SO ORDERED**.

                                                      /s/Robert J. Jonker
                                                  ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2012

_____

    *Counsel are reminded that public filings involving a minor must comply with Fed. R. Civ. P. 5.2(a)(3).  Plaintiff's recent filings have not honored this requirement.