**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHELLE SELBEE, Individually and as
Next Friend of Z.S., a minor,

        Plaintiff,

-v-                                        Case No. 11-CV-000330
                                              Hon. Robert J. Jonker

KALAMAZOO COUNTY, a Municipal Corporation,
DEPUTY LARRY CZARNOWSKI and DEPUTY
NICHOLAS MIHALEK,

        Defendants.

_____

| | |
|---|---|
| VEN R. JOHNSON (P39219) | ALLAN C. VANDER LAAN (P33893) |
| Counsel for Plaintiff | ANDREW J. BREGE (P71474) |
| Buhl Building | Attorney for Defendants |
| 535 Griswold Street, Suite 2632 | 2851 Charlevoix Drive SE, Suite 327 |
| Detroit, Michigan 48226 | Grand Rapids, Michigan 49546 |
| (313) 324-8300 | (616) 975-7470 |

_____

**ORDER APPROVING SETTLEMENT AND AUTHORIZING DISTRIBUTION**
**OF SETTLEMENT PROCEEDS**

At a session of said Court held in
the City of Grand Rapids, State of Michigan
on: December 21, 2012

PRESENT: Hon. Robert J. Jonker
UNITED STATES DISTRICT COURT JUDGE

Upon motion of Plaintiff, the Court having read Plaintiff's Motion To Approve

Settlement and Authorize Distribution of Settlement Proceeds; the Court being advised that

the settlement is as to Plaintiff  and defendants in a total amount of $1,100,000.00, and the

Court being otherwise fully advised in the premises;

**IT IS ORDERED** that this settlement is fair and reasonable and in the best interest

of Zachary, a minor;

1

**IT IS FURTHER ORDERED** that this settlement between the defendants is full and final; that the defendants shall be and are hereby dismissed as parties with prejudice;

**IT IS FURTHER ORDERED** that the settlement proceeds of the above-cited settlement be distributed as follows:

a. $53,212.88, payable to Johnson Law, PLC said sum representing costs expended in pursuing this matter ($8,046.86 to Fieger Firm and $45,176.02 to Johnson Law, PLC);

b. $348,929.04 payable to Johnson Law, PLC said sum representing attorney fees pursuant to the Contingent Fee Agreement between Plaintiff's counsel and Plaintiff ($91,963.14 to Fieger Firm and $256,965.90 to Johnson Law, PLC);

c. $500.00 payable to Charles Clapp, Esq., for Guardian Ad Litem costs and fees incurred;

f. The net proceeds herein which, after deduction of the above costs and fees, total $698,858.08:

    1. Zachary Selbee, a minor              **$50,000.00**
        Structured Settlement: periodic payments provided by Berkshire Hathaway Life Insurance Company of Nebraska to Zachary Selbee as follows

            Benefits: Beginning February 19, 2016 (age 20), $400.00 payable monthly for 12 years and 6 months, guaranteed, with the last guaranteed payment made July 19, 2028.

    2. Michelle Selbee                **$227,858.08 cash** and
                                        **$420,000.00** structured
        Periodic payments provided by Berkshire Hathaway Life Insurance Company of Nebraska to Michelle Selbee as follows:

            Benefits: Beginning March 1, 2013, $1,440.00 payable monthly for the life of Michelle Selbee, guaranteed 25 years, with the last guaranteed payment on February 1, 2038; $20,000.00 payable July 1, 2016, guaranteed.

**IT IS FURTHER ORDERED** that this Order constitutes the final Order in this matter and the case can be closed.

/s/Robert J. Jonker
Hon. Robert J. Jonker
United States District Judge

Dated:  December 21, 2012

3